IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ASSOCIATED UTILITIES            :
CONTRACTORS OF MARYLAND, INC.   :
    Plaintiff              :
                             :   Case Nos. AMD 98-4060
    v.                       :              AMD 00-2259
                             :
MAYOR AND CITY COUNCIL OF       :
THE CITY OF BALTIMORE,          :
    Defendant              :
                        ...o0o...

ORDER

Now pending is a motion to alter or amend judgment, or in the alternative, motion for relief from this Court's July 28, 2000, Order filed by the Mayor and City Council of Baltimore ("the City"). For the reasons explained to counsel during a telephone conference on October 5, 2000, the motion is denied. Furthermore, at the request of plaintiff, Associated Utilities Contractors of Maryland, Inc., case no. AMD 00-2259 shall be dismissed without prejudice as moot.

Accordingly, it is this 10th day of October, 2000, by the United States District Court for the District of Maryland, ORDERED

    (1)    That defendant's motion to alter or amend judgment is DENIED;

    (2)    That Case Number AMD 00-2259 IS HEREBY DISMISSED WITHOUT PREJUDICE; and

    (3)    That the Clerk SHALL CLOSE CASE NO. AMD 00-2259 and TRANSMIT a copy of this Order to counsel of record in these cases.

ANDRE M. DAVIS
United States District Judge

